No. 10M77. DOE *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 10–708. FIRST AMERICAN FINANCIAL CORP., SUCCESSOR IN INTEREST TO FIRST AMERICAN CORP., ET AL. *v.* EDWARDS. C. A. 9th Cir.; and

No. 10–827. UNITED STATES EX REL. SUMMERS *v.* LHC GROUP, INC. C. A. 6th Cir. The Acting Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 10–7258. BOLOMET ET UX. *v.* RLI INSURANCE CO. ET AL. Sup. Ct. Haw. Motion of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1133] denied.

No. 10–7273. BLOOM *v.* MCKUNE, WARDEN, ET AL. Ct. App. Kan. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1130] denied.

No. 10–7320. YSAIS *v.* YSAIS. Ct. App. N. M. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1130] denied.

No. 10–8714. SAMPLES *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 21, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 10–8838. IN RE VAN HOOSEN. Petition for writ of habeas corpus denied.

No. 10–8559. IN RE MACKEY; and

No. 10–8751. IN RE ESPINOZA. Petitions for writs of mandamus denied.

No. 10–459. SCHERING CORP. *v.* KUZINSKI ET AL. C. A. 2d Cir. Certiorari denied.